ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 28 AM 8: 29

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JONATHAN VASQUEZ,        )
                         )
        Plaintiff,       )
                         )
v.                       )        CV 106-015
                         )
DEPARTMENT OF JUVENILE JUSTICE, )
                         )
        Defendant.       )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, and Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2) is **DENIED** as **MOOT**.

SO ORDERED this 28th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE